# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-52024 |
| CATHY A. SHEPHERD | : | CHAPTER 13 |
| JAMES W. SHEPHERD, JR. | | |
| DEBTORS | : | JUDGE PRESTON |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Debtors' street address is as follows:

**121 S. Hale Street
Mt. Victory, OH 43340**

**PLEASE TAKE NOTICE** that Debtors' mailing address is as follows:

**PO Box 73
Mt. Victory, OH 43340**

Respectfully submitted,

/s/ Nannette J.B. Dean
Nannette J.B. Dean       (0065093)
Dean Law Co., LLC
3757 Attucks Drive
Powell, OH 43065
614-389-4943
614-389-3857 fax
court@deanlawlpa.com

## CERTIFICATE OF SERVICE

**I hereby certify that on July 7, 2016, a copy of the foregoing** NOTICE OF CHANGE OF ADDRESS **was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:**

Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
Nannette JB Dean    court@deanlawlpa.com, court@deanlawlpa.com
Brian M Gianangeli    bgianangeli@mifsudlaw.com
Patricia L. Johnson    bankruptcies@gernerlaw.com
Frank M Pees    trustee@ch13.org

**and on the following by ordinary U.S. Mail addressed to:**
Cathy and James Shepherd
PO Box 73
Mt. Victory, OH 43340

/s/Nannette J.B. Dean
Nannette J. B. Dean       (0065093)
Attorney for Debtors